(26)            VALLAD *v.* THE SHERIFF OF ST. LOUIS COUNTY.

Warrants issued by the Governor for the apprehension of fugitives from justice, are
   required to be under the Great Seal of the State ; and the impression of the seal
   being unintelligible, makes void the warrant,

M'GIRK, C. J., delivered the opinion of the Court.

Paul Vallad presented his petition to the Court for a writ of *habeas corpus,* alledg-
ing that he was illegally imprisoned, under a pretended warrant issued by the Go-
vernor of the State, on a demand made by the Executive of Illinois, charging the
prisoner to be a fugitive from justice,

The writ was granted, the Sheriff returned the cause with the warrant.  It was
objected the warrant was void for want of being under the Great Seal of the State.
The act of the General Assembly in such cases, made and provided, requires the
warrant to be under the Great Seal of the State.   The armorial bearing, the emblems
and devices of the Great Seal are declared by statute.   By an inspection of the stat-
ute, and the impression on the alledged warrant, we can scarcely perceive any one
distinct requisite of the Great Seal on the impression, and because the impression is
wholly unintelligible, we think the warrant void.   The prisoner is discharged.

WASH, J., dissenting.

The question, as has been stated, was one of inspection purely.   The impression
of the seal was certainly very faint, but to my eye enough appeared to satisfy my
mind that it was the Great Seal of the State, and that the devices, words, and letters
appearing thereon, could not be a counterfeit, or pertain to any thing else than the
Great Seal,